E-Filed: **9/29/09**

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIEH KHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK, et al.,<br><br>　　　　Defendants. | CASE NO. CV 09-1705-GHK (RCx)<br><br>JUDGMENT |

　　Pursuant to our September 29, 2009 Order, it is hereby **ADJUDGED** that Plaintiff Sadieh Khan's ("Plaintiff") first claim for violation of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq.*, second claim for violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605, fourth claim for violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, eighth claim for violation of 42 U.S.C. § 1981, ninth claim for violation of 42 U.S.C. § 1983, and tenth

1  claim for violation of 42 U.S.C. § 2000d are hereby **DISMISSED with prejudice**.
2  Plaintiff's remaining state law claims are hereby **DISMISSED without prejudice**.
3      **IT IS SO ORDERED**.

5  DATED: September 29, 2009

                                                            _____
                                                                 GEORGE H. KING
                                                            United States District Judge